IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:**<br><br>**ERNEST H. FREISE, SR.**<br>**and SERAPHINE M. FREISE**<br><br>                    **Debtors.** | **CIVIL ACTION NO. 16-cv-4505** |
| **TRANSAMERICA LIFE INSURNACE COMPANY**<br>                    **Appellant,**<br>          **vs.**<br><br>**CHRISTINE C. SHUBERT, Chapter 7 Trustee for the Estate of Ernest H. Freise, Sr. and Seraphine M. Freise**<br><br>                    **Appellee.** | |

**ORDER**

And NOW, this 15th day of November 2016, for the reasons stated in the foregoing memorandum, it is hereby **ORDERED** as follows:

1. Appellee's Motion to Dismiss the Appeal (ECF No. 2) is **GRANTED**;

2. Appellant's Motion to Stay the Bankruptcy Court's Order pending the outcome of the Appeal (ECF No. 3) is **DENIED** as moot.

The clerk of court shall close this case.

                                        **BY THE COURT:**

                                        /s/ Michael M. Baylson
                                        _____
                                        **Michael M. Baylson, U.S.D.J.**

O:\Jessica.2016\16-cv-4505 In re Ernest H. Freise\Order Granting Motion to Dismiss Appeal & Denying Motion to Stay.docx